UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA HERNANDEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF FRESNO, *et al.*, <br><br> Defendants. | Case No.  1:22-cv-01145-ADA-EPG <br><br> ORDER APPROVING SECOND STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND CONTINUING SCHEDULING CONFERENCE AND RELATED DEADLINES <br><br> (ECF No. 18) |

This matter is before the Court on the parties' second stipulation for an extension of time for Defendants to respond to the complaint and request for the Court to continue the scheduling conference and related deadlines.[1] (ECF No. 18). As grounds for the extension of Defendants' deadline to respond to the complaint and for the continuance of the scheduling conference and related deadlines, the parties cite the fact that not all of the juvenile records that were the subject of the Court's November 30, 2022 order (ECF No. 15) have yet been produced.

\\\

\\\

---

[1] The Court did not receive a copy of the parties' stipulation and proposed order in Word format in the Court's email box as required by Local Rule 137(b). Should the parties submit any future stipulations and proposed orders, they are directed to comply with this Rule.

1

Based on the parties' stipulation (ECF No. 18), IT IS ORDERED as follows:

1. The Defendants' deadline to respond to the complaint is extended to February 6, 2023.
2. The scheduling conference currently set for January 24, 2023, is continued to February 22, 2023,[2] at 11:00 a.m. A Joint Scheduling Report, carefully prepared and executed by all parties, shall be electronically filed in CM/ECF, one (1) full week prior to the scheduling conference. At least twenty (20) days prior to the scheduling conference, all parties shall conduct a conference at a mutually agreed upon time and place.

IT IS SO ORDERED.

Dated:   **January 18, 2023**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

---

[2] The parties request February 21, 2023, for the scheduling conference, but that date is not compatible with the Court's calendar.