UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA HERNANDEZ; *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF FRESNO, *et al.*,<br><br>        Defendants. | Case No. 1:22-cv-01145-KES-EPG<br><br>ORDER RE STIPULATION TO CONTINUE DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>(ECF No. 64). |

This matter is before the Court on the parties' stipulation to continue the discovery deadlines by about two months and the dispositive motion deadline by two weeks. As grounds, the parties state that the discovery in this case is extensive (over 1,800 pages), there are still outstanding records to be obtained, the parties desire to hold off on taking depositions until all the relevant records have been received, and defense counsel is involved in a trial this month. (ECF No. 64). The parties do not ask to continue the pretrial conference and trial dates.

Based upon the parties' stipulation (ECF No. 64), IT IS ORDERED that the scheduling order is modified as follows:

1. Non-Expert Discovery is now due by 1/15/2025;
2. Designation of Expert Witnesses is now due by 2/3/2025;
3. Rebuttal Designation of Expert Witnesses is now due by 3/10/2025;
4. Expert Discovery is now due by 4/10/2025; and
5. Dispositive Motions must now be filed by 4/11/25.

1

6. All unmodified portions of the scheduling order, *e.g.*, the July 21, 2025 pretrial conference and September 16, 2025 trial dates, remain in place. (ECF No. 60).
7. Further, as this is the third modification to the scheduling order, future extension requests will be disfavored. (ECF No. 27, 49, 60).

IT IS SO ORDERED.

Dated: **October 4, 2024**              /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE