UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA HERNANDEZ; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF FRESNO, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-01145-KES-EPG <br><br> ORDER RE: STIPULATION TO MODIFY THE SCHEDULING ORDER <br><br> (ECF No. 68). |

This matter is before the Court on the parties' stipulation to modify the scheduling order to extend dates and deadlines. (ECF No. 68). As grounds, the parties state that the discovery in this case is extensive (thousands of pages), there are still outstanding records to be obtained, and the parties desire to hold off on taking depositions until all the relevant records have been received.

Based upon the parties' stipulation (ECF No. 68), IT IS ORDERED that the scheduling order is modified as follows:

1. Non-Expert Discovery is now due by 4/15/2025;
2. Designation of Expert Witnesses is now due by 5/15/2025;
3. Rebuttal Designation of Expert Witnesses is now due by 6/13/2025;
4. Expert Discovery is now due by 7/11/2025; and
5. Dispositive Motions must now be filed by 8/11/25.
6. The status conference set for February 24, 2025, is continued to March 24, 2025, at 10:30 AM before Magistrate Judge Erica P. Grosjean. The parties shall file a joint

1

status report at least 7 days before the status conference. To participate in this conference (and any future telephonic proceedings before Magistrate Judge Erica P. Grosjean), the parties shall use the following new dial-in information: To connect to the telephonic conference, the parties shall (1) dial 1-669-254-5252, (2) enter 161 733 0675 for the meeting ID followed by #, (3) enter # when asked for the participant ID, (4) enter 740484 for the meeting passcode followed #, and (5) enter *6 to unmute.

7. The pretrial conference before District Judge Kirk E. Sherriff shall now be held on December 15, 2025, at 1:30 PM in Courtroom 6.

8. The trial before District Judge Kirk E. Sherriff shall now be held on February 24, 2026, at 9:00 AM in Courtroom 6.

9. Further, as this is the fourth modification to the scheduling order, the Court will set a status conference to discuss any future extension request, which will be highly disfavored. (ECF Nos. 27, 49, 60, 65).

IT IS SO ORDERED.

Dated:   **December 13, 2024**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE