UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA HERNANDEZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF FRESNO, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-01145-KES-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 90). |

On March 10, 2026, the parties filed a stipulation of dismissal, stating as follows:

Plaintiffs VERONICA HERNANDEZ; R.H., formerly a minor,; and M.H., formerly a minor; Defendants COUNTY OF FRESNO, a public entity; EVA TORRES, an individual; LAKEISHA AKINS (sued erroneously as Lakeisha Atkins), an individual; MARSHUNDA HARDING, an individual; ANNETTE JONES, an individual; SERGIO KLASSEN, an individual; and CHRISTINA LARA, an individual (collectively the Fresno County Defendants); and Defendants PROTEUS, INC. a corporation, and ELIZABETH SANDATE (collectively the Proteus Defendants), by their respective counsel, hereby stipulate to dismiss this entire matter against all parties with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorney's fees.

(ECF No. 90, p. 2).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

\\\

\\\

1

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 11, 2026**            /s/ _Erin P. Gross_
                              UNITED STATES MAGISTRATE JUDGE